■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONATHAN GIBSON, Appellant. [765 NYS2d 609] —Judgments, Supreme Court, New York County (Charles Tejada, J.), rendered August 3, 2000, convicting defendant, after a nonjury trial, of criminal possession of a weapon in the second and third degrees, and sentencing him, as a persistent violent felony offender, to concurrent terms of 16 years to life and 12 years to life, respectively, and convicting defendant, upon his plea of guilty, of criminal sale of a controlled substance in the fifth degree, and sentencing him, as a second felony offender, to a concurrent term of 4½ to 9 years, unanimously affirmed.

The verdict convicting defendant of criminal possession of a weapon in the second degree was based on legally sufficient evidence and was not against the weight of the evidence. Not only was defendant's possession of a loaded weapon presumptive evidence of his intent to use it unlawfully against another (Penal Law § 265.15 [4]; *People v Chronopoul*, 181 AD2d 686 [1992], *lv denied* 79 NY2d 998 [1992]), but defendant also pointed it at the pursuing police officers, which warrants an inference of unlawful intent (*id.*).

We have considered and rejected defendant's remaining claims, including those contained in his pro se supplemental brief. Concur—Andrias, J.P., Ellerin, Williams, Lerner and Gonzalez, JJ.